**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES RODNEY PARKE,** *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 11-00639-KD-M** |
| | ) | |
| **ED GLOVER,** *et al.*, | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with 1) the Court's Order granting summary judgment for Plaintiffs on one of Defendants' counterclaims (Doc. 39), 2) the verdict of the jury (Doc. 63-1), and 3) the Court's Order awarding Plaintiffs attorney's fees and costs (Doc. 69), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiffs Charles Rodney Parke, Parke Properties, LLC, and Land Investments Properties, Inc., and against Defendants Ed Glover and Valley Creek Land Company of York, LLC, jointly and severally, in the amount of **$409,000.00** ($309,000.00 for the jury's verdict and $100,000.00 in attorney's fees and costs), plus post-judgment interest in accordance with 28 U.S.C. § 1961.

**DONE** and **ORDERED** this the **4**th day of **March 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**