## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CHARLES RODNEY PARKE, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> ED GLOVER, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 11-00639-KD-M <br> ) <br> ) <br> ) |

## CHARGING ORDER

The Court has determined that Plaintiffs Charles Rodney Parke, Parke Properties, LLC, and Land Investment Properties, Inc. (collectively, "the Plaintiffs") are entitled to damages against Defendant Ed Glover, jointly and severally with Defendant Valley Creek Land Company of York, LLC, in the amount of $409,000.00 as of March 4, 2013, plus post-judgment interest under 28 U.S.C. § 1961. (Doc. 72). By the "Memorandum Opinion and Order" issued contemporaneously herewith, the Court has granted the Plaintiffs' motion for a charging order (Doc. 74).

Therefore, under Federal Rule of Civil Procedure 69(a)(1) and Ala. Code § 10A-5-6.05, it is **ORDERED** that the financial individual interests of Defendant Ed Glover in the following limited liability companies (LLCs) be charged with payment of the Final Judgment (Doc. 72) rendered in this action in favor of the Plaintiffs in the amount of $409,000.00, plus accrued interest thereon:

**Alabama LLCs**

- Valley Creek Land Company of York, LLC
- Valley Creek Land Company of York, II, LLC
- International Theme of York, LLC

- Sand Pitt, LLC

- International Hospitality of York, LLC

- K, S, K, & L, LLC

- KSK & L, LLC

- K & L of Selma, LLC

    **Florida LLCs**

- Gloco Properties, LLC

- K-LO Properties, LLC

- KAMJO Properties, LLC

- World Property of Jessup, LLC

Said LLCs are **ORDERED** to report to the Plaintiffs each time a distribution is made with respect to any transferable interest, listing the amount and time of all distributions made at the time or in connection with that distribution, and distribute to the Plaintiffs any amounts that become due or distributable to Ed Glover.[1]

**DONE** and **ORDERED** this the **21st** day of **April 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Per the Court's "Memorandum Opinion and Order" issued contemporaneously herewith, this Charging Order shall become effective on **Tuesday, May 6, 2014**, unless rescinded by the Court.